SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON URBANSKI,<br><br>Defendant. | 8:25CR133<br><br>INFORMATION<br>18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1361 |

The United States Attorney charges:

COUNT I

On or about June 10, 2025, in the District of Nebraska, the defendant, AARON URBANSKI, did then and there knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with federal law enforcement officers, who were engaged in the performance of their official duties

In violation of Title 18, United States Code, Section 111(a)(1).

COUNT II

On or about June 10, 2025, in the District of Nebraska, the defendant, AARON URBANSKI, willfully and by means of destruction did injure and commit a depredation against property of the United States and any department or agency thereof, specifically damaging government vehicles and the resulting damage.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: [signature]
KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: kim.bunjer@usdoj.gov

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

[signature]
KIMBERLY C. BUNJER
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AARON URBANSKI,

Defendant.

8:25CR133

Your Affiant, Justin Temperly, being duly sworn, does depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1. I, Justin Temperly, am a Special Agent (SA) with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (hereinafter "HSI"). I have been employed with this agency since January 2024. HSI agents are authorized to investigate violations found in Titles 8, 18, 19 (Customs), and 42 of the United States Code.

2. The information contained in this affidavit is based on my training and experience, my actual knowledge of this investigation, as well as information obtained from other law enforcement officers involved in the investigation.

**PROBABLE CAUSE**

3. On Tuesday, June 10, 2025, your Affiant, other Special Agents, and Immigration Officers, encountered individuals at Glenn Valley Foods, located at 6824 J Street, Omaha, Nebraska 68117, in the District of Nebraska, during the service of a civil search warrant.

4. After HSI Special Agents completed the identification and alienage determinations for all employees, all law enforcement began departing the area. While

departing, a law enforcement vehicle driven by a Deputy United States Marshal (DUSM) and occupied by two other DUSMs attempted to leave eastbound on J Street. Several members of the public attempted to impede the movement of the vehicle by standing in the street directly in front of the vehicle and continuing to move in front of the vehicle as it attempted to maneuver around them. One of these subjects was later identified as **Aaron J. URBANSKI. URBANSKI** was identified via a driver's license photo after he was seen operating a black pickup truck with Nebraska registration, "F3RAL", of which he was the registered owner.

5. **URBANSKI** and other individuals climbed on top of the hood of the DUSMs vehicle. DUSMs stopped the vehicle and disembarked to attempt to move them from their vehicle. **URBANSKI** jumped off the vehicle and continued to yell at the DUSMs. **URBANSKI** moved to the north side of J Street and jumped onto the hood of a HSI law enforcement vehicle. The HSI Special Agent had to come to a stop due to **URBANSKI** being in front of her vehicle and refusing to move. **URBANSKI** jumped off of the HSI vehicle as DUSMs approached him. **URBANSKI** walked to the rear of the HSI law enforcement vehicle and kicked it, denting the rear hatch door.

6. **URBANSKI** eventually began walking west toward the other law enforcement who were exiting the scene. At this time, **URBANSKI** entered the driver seat of his black pickup truck with Nebraska registration "F3RAL". Your Affiant observed **URBANSKI** driving the pickup toward the line of law enforcement as they left the area. As your Affiant was exiting the parking lot of the business, he observed **URBANSKI** accelerate the pickup toward the front of his law enforcement vehicle, blocking your Affiant's path causing him to have to come to a stop. Your affiant activated his emergency

lights and siren to notify **URBANSKI** of his presence and to move out of the area. Your Affiant observed **URBANSKI** continue to accelerate the pickup toward your affiant's law enforcement vehicle, continuing to block your Affiant's ability to move. Your Affiant continued to activate his emergency lights and siren. Your Affiant was eventually able to maneuver his vehicle in front of **URBANSKI** and move past.

7. Based on these facts, your Affiant has reason to believe Aaron **URBANSKI** knowingly and intentionally assaulted, resisted, opposed, impeded, intimidated, and interfered with federal law enforcement officers while they were performing their official duties, in violation of Title 18, United States Code, Sections 111(a)(1). Additionally, your Affiant believes **URBANSKI** caused damage to property of the United States in violation of Title 18, United States Code, Sections 1361. Your Affiant declares under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of his knowledge and belief.

Justin Temperly
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me by telephone or other reliable electronic means on this 12th day of June 2025.

RYAN C. CARSON
United States Magistrate Judge