IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>AARON URBANSKI,<br><br>    Defendant. | **WITNESS LIST**<br><br>Case No. 8:25CR133<br>Deputy:  Kristy Furey<br>Reporter: Digital Recorder<br>Date:   June 17, 2025 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Justin Temperly | 6/17/2025 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |