AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
## for the
## District of Nebraska

FILED
DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUN 18 PM 2: 18
OFFICE OF THE CLERK

United States of America )
v. )
) Case No. 8:25 CR 133
AARON Urbanski )
_Defendant_ )

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

June 18, 2025                                             _[signature]_
                                                          _Defendant's signature_

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

                                                          _____
                                                          _Defendant's signature_

The United States consents to the jury-trial waiver:    _____
                                                          _Government representative's signature_

                                                          _____
                                                          _Government representative's printed name and title_

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

                                                          _____
                                                          _Defendant's signature_

DAVID A. DOMINA  11043NE                                  _[signature]_ David A. Domina
_Printed name of defendant's attorney (if any)_           _Signature of defendant's attorney (if any)_

Date: 6/18/2025        Approved by: _[signature]_
                                    _Magistrate Judge's signature_