IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>AARON URBANSKI,<br><br>           Defendant. | 8:25CR133<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Kelly M. Steenbock to withdraw as counsel for the defendant, Aaron Urbanski (Filing No. 20). David A. Domina has filed an entry of appearance as retained counsel for Aaron Urbanski. Therefore, Kelly M. Steenbock's motion to withdraw (Filing No. 20) will be granted.

Kelly M. Steenbock shall forthwith provide David A. Domina any discovery materials provided to the defendant by the government and any such other materials obtained by Kelly M. Steenbock which are material to Aaron Urbanski's defense.

The clerk shall provide a copy of this order to David A. Domina.

**IT IS SO ORDERED.**

Dated this 20th day of June, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge