United States District Court
District of Nebraska

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Aaron Urbanski,<br><br>　　　　　Defendant. | 8:25-CR-133<br><br><br>Defendant's Sentencing Memorandum |

## Overview

　　Pursuant to a plea agreement, Aaron Urbanski pled guilty to a violation of 18 USC § 111(a)(1). This charge was Count I of a II Count Information alleging two misdemeanors. The United States agreed to dismiss Count II which alleged depredation against property of the United States causing damage to a government vehicle.

　　1.　　The events in question occurred on June 10, 2025 during a raid by Immigration & Customs Enforcement ("ICE"). The raid was conducted at a food processing facility in south Omaha. It targeted persons employed there who were suspected of being in the United States without have complied with our nation's immigration laws.

　　2.　　The plant targeted was the Glen Valley Foods Beef Processing Facility where carcasses are broken into primal cuts for sale to retailers.
Mr. Urbanski arrived to protest ICE activity. He was not among the targets of the ICE activity and was not a Glen Valley Foods employee.

　　3.　　The ICE raid involved entry into the Glen Valley Foods building, rounding up people while engaged in their employment, and removing them from the plant to locations where they were detained and incarcerated. Mr. Urbanski, like several others from the community, responded to news of the raid which was distributed through scanner radio contacts. He drove to the location with his two young children, with the intention of holding signs to protest, and nothing more.

1

11X9363

4.	Mr. Urbanski's children remained in the car while he went to learn what was happening. Video images reveal that Mr. Urbanski was not carrying a sign. He was using a cellular telephone and was talking with a law enforcement officer as a black vehicle moved forward to his location. Urbanski appears to have been filming as this occurred.

5.	The ICE vehicle moved into close proximity to Mr. Urbanski's physical location. He and two others came into contact with the grill work on the front of the vehicle and eventually were on its hood.

6.	The ICE vehicle made starts and stops. Mr. Urbanski came off and then went back onto the vehicle a second time. The video reveals what appears to be a news camera being carried by an apparent newsman near the scene.

7.	Mr. Urbanski jumped, or was partially propelled, off the vehicle but remained in front of it. The vehicle moved into his position again and he climbed on the hood. The vehicle stopped; he jumped to the street and walked to the side of the road. Mr. Urbanski followed alongside until the vehicle stopped again. He then approached the driver's door and pounded on the door, or side of the vehicle, or perhaps its roof. Mr. Urbanski's involvement appears to have ended then. He can be seen at approximately 59 seconds into one of the ICE films walking away from the scene and away from ongoing contact with law enforcement. Others, young people in particular, continued to interact with ICE agents.

8.	Aaron Urbanski did not have an altercation with a law enforcement officer person-to-person. He interacted with the ICE vehicle, driven by persons presumed to be ICE personnel. When he departed the scene, Mr. Urbanski returned to his children and left the area.

**The Guilty Plea**

9.	Mr. Urbanski pled guilty to Count I of the Complaint admitting that "he knowingly and intentionally, forcibly…interfered with federal law enforcement officers, who were engaged in the performance of their official duties." Video evidence supports the allegation. Urbanski has admitted it. He also admits that a vehicle was damaged and has assumed responsibility for the damage and the obligation to pay restitution for it.

11X9363

## Mr. Urbanski - Details

10. Name: Urbanski, Aaron J.

    DOB: x/xx/xx98

    Citizenship: United States

    Address: Omaha, Nebraska 68132

    Employment: Self-employed landscaper with a business that sustains him and family. His business is called Earth Sculptors.

11. Mr. Urbanski is divorced, and the father of two children ages 11 and 8. Urbanski is actively and positively involved in the lives of his children. The children spend about 40% of their time with him. He has paid a child support arrearage down substantially.

## At the Scene; the Arrest

12. At the time of the events in question, Mr. Urbanski was wearing a straw hat, had a full dark beard, and was carrying a cellular telephone. When he arrived at the scene, Urbanski had a sign in the back of his pickup, which was not removed or used during the event, that was critical of ICE.

13. Mr. Urbanski was arrested, without resistance, outside his home the day after the ICE raid occurred. Mr. Urbanski was arrested and incarcerated at the Douglas County Correction Center where he remained for three days.

## Criminal History

14. Mr. Urbanski's criminal history is not disputed. It is accurately recited in the Presentence Officer's Report.

## Post-Arrest Conduct

15. Mr. Urbanski has reacted positively to become more responsible in his interactions with the law since his arrest in this case. He has:

    - Committed no violations.
    - Caught up his child support significantly and is nearly current.
    - Continued his business and focused on service to his customers. His business has grown; he is arranging full time employees for the upcoming

summer. He moves snow, trims trees, removes debris, and does odd jobs for customers.

16. Mr. Urbanski owned an unregistered vehicle when this offense occurred. That registration issue is resolved. His tax return filings were not current. Returns are filed through 2023. The 2024 and 2025 returns are nearly completed for filing. The tax due is paid.

17. Mr. Urbanski has spent considerable time talking with his lawyer and others concerning compliance with the law and the need to turn square corners in all dealings with the government.

18. In an interview with Defendant's lawyer, his former spouse, Jenny Gowen, described her ex-husband in these ways:

- He is one of the most intelligent persons I have met.
- He is well intentioned and has a good heart.
- He is not violent.
- He is a caring person, particularly with a great sense for the environment.
- He is devoted to his children, loves and care for them and does his best to protect them.
- I completely trust that the children are safe with him.

19. On the day of the events giving rise to this case, Ms. Gowen learned that Mr. Urbanski was going to the protests at Glen Valley Foods because Aaron told her. He made her aware that the children would remain in the car.

**Acquaintance with Persons at Glen Valley Foods**

20. Aaron Urbanski was not acquainted with Glen Valley Foods employees or personnel. He went to the scene because of his strong feelings about the deportation methodologies used by Immigration & Customs Enforcement. He felt emotionally drawn to families rendered asunder and wanted to make his objections known.

21. Mr. Urbanski concedes that while he was there, he became emotional and the emotions produced the behaviors that led to the charge to which he has pled "guilty". His reaction was one that surprised him. He regrets that he became emotional. He knows that he

should have protested without direct interaction with law enforcement personnel or the ICE motor vehicle leaving the scene. He regrets having done so.

### Respect for the Rule of Law

22.   Mr. Urbanski respects that a civilized society must be orderly and the will of the majority must control  He cherishes his right to protest as a way to influence people, try to persuade them, and to help his community advance. He has continued to protest since arrested, always legally, and generally carrying a sign or aiding other protesters. He has done so peacefully, and as a respectful, contained citizen.

23.   Mr. Urbanski respects law enforcement. He disagrees with several ICE policies from masking officers to warrantless seizures. This disagreement is expressed respectfully. He has not made the mistake of physical confrontation  with ICE officers or ICE vehicles   except at the Glen Valley Foods site. He regrets becoming too exuberant in his protests there and admits his bad judgment.

24.   There is very little risk of recidivism or recurrence in Mr. Urbanski's case. He knew how to protest lawfully and knows how even better now.

### Conclusion

25.   Mr. Urbanski requests that the Court order that he pay restitution, be given credit for time served at   Douglas County Corrections, pay the statutory  assessment, and leave Court a better person for the experience. This request is perceived as consistent with the recommendation of the Probation Service.

February 20, 2026.

Aaron Urbanski, Defendant

By *David A Domina* # 11034
DOMINALAW Group pc llo
2425 S 144th St
Omaha, NE 68144-3267
ddomina@dominalaw.com
402-493-4100

*Defendant's Lawyer*

## Certificate of Service

      I certify that on February 20, 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record and emailed the following to:

Travis E. Wilcoxen  
Travis_Wilcoxen@nep.uscourts.gov

Kimberly C. Bunjer  
kim.bunjer@usdoj.gov

                                        _/s/ David A Domina_____  
                                        David A. Domina

11X9363